No. 78–379.   HOUSE, SUPERINTENDENT OF THE GREENSBORO CITY SCHOOLS, ET AL. *v.* STEWART, ASSISTANT AREA DIRECTOR, WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir.   Certiorari denied. ▮

No. 78–382.   STREETER *v.* UNITED STATES; and
No. 78–390.   DYAR *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 574 F. 2d 1385.

No. 78–402.   MEIER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied. ▮

No. 78–412.   LIVINGSTON ET AL. *v.* GEORGIA.   Ct. App. Ga. Certiorari denied. ▮

No. 78–413.   BOWEN, GOVERNOR OF INDIANA, ET AL. *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari before judgment denied.

No. 78–414.   UNITED AIR LINES, INC. *v.* STATE HUMAN RIGHTS APPEAL BOARD ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied. ▮

No. 78–418.   ASH GROVE CEMENT CO. *v.* FEDERAL TRADE COMMISSION.   C. A. 9th Cir.   Certiorari denied. ▮

No. 78–458.   DESOTO PARISH SCHOOL BOARD ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 78–466.   MODLA *v.* BELL, ATTORNEY GENERAL, ET AL. C. A. 9th Cir.   Certiorari denied. ▮